MALONEY v. HOSPITAL SYSTEMS

No. 125 PC.

Case below: 45 N.C. App. 172.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980.

MURPHY MFG. CO. v. DEPOSIT CO.

No. 116 PC.

Case below: 45 N.C. App. 321.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980.

PIERCE v. PIVER

No. 88 PC.

No. 19 (Fall Term).

Case below: 45 N.C. App. 111.

Motion of defendant to dismiss appeal (see 300 N.C. 198) on ground case settled allowed 23 June 1980.

QUESTOR CORP. v. DuBOSE

No. 236 PC.

Case below: 46 N.C. App. 612.

Petition by plaintiff Mathis for discretionary review under G.S. 7A-31 denied 3 June 1980.

REALTORS, INC. v. KINARD

No. 148 PC.

Case below: 45 N.C. App. 545.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 June 1980.